# EXHIBIT B

## Tolling Agreement

Janet Parham, Plaintiff/Complainant and Advocate Good Samaritan Hospital, ("Advocate") Defendant/Respondent agree as follows:

1. The date of this Tolling Agreement is October 30, 2007.

2. The parties are entering into this Tolling Agreement to attempt to settle Janet Parham's claims against Advocate before the filing of any lawsuit. Nothing in this Tolling Agreement is to be taken as an admission on the part of Advocate that it is liable to Janet Parham or that it did anything incorrect, wrong, or illegal nor is anything in this Tolling Agreement to be taken as an admission on the part of Janet Parham that her allegations are incorrect or untruthful.

3. Janet Parham shall not file a lawsuit against Advocate before December 17, 2007.

4. Janet Parham shall have until January 16, 2008, to file a lawsuit against Advocate regardless of the earlier expiration of ninety days following her receipt of the Notice of Right to Sue or the potential expiration of any other state or federal statutes of limitation.

5. Nothing in this Agreement constitutes an agreement, stipulation, or admission by either party that any particular statute of limitations applies to Janet Parham's claims, that the statute of limitations for those claims will expire on any particular date, or that the statute of limitations for those claims would have expired but for this Agreement.

6. The signatory of this Tolling Agreement on behalf of Janet Parham and the signatory of this Tolling Agreement on behalf of Advocate each represents that he or she is an attorney for that party and has the authority to sign this Agreement on behalf of that party.

7. This Tolling Agreement may be signed in counterparts, which together shall constitute the original. Faxed signatures shall be acceptable as originals.

Dated: October 30, 2007

Janet Parham                                              Advocate Good Samaritan Hospital

By: _____                              By: _____
Laurie J. Wasserman
one of her attorneys                                     one of its attorneys