U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANET PARHAM, ) | |
| Plaintiff, ) | No. 08-cv-322 |
| vs. ) | Honorable Joan B. Gottschall |
| ADVOCATE GOOD SAMARITAN HOSPITAL, ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:  Laurie J. Wasserman
Carol G. Silverman
Law Offices of Laurie J. Wasserman
9933 Lawler, Suite 122
Skokie, IL  60077-3703
(847) 674-6684

**PLEASE TAKE NOTICE** that on February 26, 2008, we filed with the United States District Court for the Northern District of Illinois the attached **Appearance of Meredith M. Casper** on behalf of Respondents/Counter-Claimants, true and correct copies of which are hereby served upon you.

Respectfully Submitted,

ADVOCATE GOOD SAMARITAN HOSPITAL

By:   s/ Meredith M. Casper
      One of Their Attorneys

David J. Tecson
Meredith M. Casper
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## CERTIFICATE OF SERVICE

Under penalties pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served a true and correct copy of this notice and the document(s) referred to herein to counsel listed above by facsimile and by depositing same, proper postage affixed, in the U.S. mailbox located at 30 S. Wacker Drive, Chicago, IL 60606, at or before 5:00 p.m. this 26th day of February, 2008.

*/s/ Meredith C.*

747051.1.13436.34291