UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Janet Parham

                              Plaintiff,

v.                                                      Case No.: 1:08–cv–00322
                                                                    Honorable Joan B. Gottschall

Advocate Good Samaritan Hospital

                              Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision and settlement conference.(rj, )Mailed notice.


Dated: March 19, 2008

                                                                                   /s/ Joan B. Gottschall

                                                                             United States District Judge