IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANET PARHAM | ) | |
| | ) | No 08 C 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Joan B. Gottschall |
| | ) | |
| ADVOCATE GOOD SAMARITAN HOSPITAL, | ) | Honorable Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

Carol G. Silverman
Law Offices of Laurie J. Wasserman
Westmoreland Building
9933 Lawler Avenue, Suite 122
Skokie, Illinois 60077-370

   PLEASE TAKE NOTICE that on **April 22, 2008**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **Defendant Advocate Good Samaritan Hospital's Answer and Affirmative Defenses to the Complaint** and **Defendant's Answer to Exhibit A.**

                              Respectfully Submitted,

                              ADVOCATE GOOD SAMARITAN HOSPITAL

                              By:   /s/David J. Tecson
                                     One of their Attorneys

David J. Tecson
Meredith B. Casper
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

### CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users and via regular U.S. mail, on this the 22nd day of April, 2008.

                              *Margie McDermott*

761325\1\13436\34291