IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANET PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 322 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | Magistrate Judge Ashman |
| ADVOCATE GOOD SAMARITAN HOSPITAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ADVOCATE GOOD SAMARITAN HOSPITAL'S
MOTION TO DISMISS COUNT VI OF PLAINTIFF'S COMPLAINT**

Defendant, Advocate Good Samaritan Hospital ("Advocate"), by and through its undersigned counsel of record, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for its Motion to Dismiss Count VI (negligent supervision) of Plaintiff's Complaint, states as follows:

1.  Plaintiff, Janet Parham ("Parham"), filed a six count Complaint against Advocate alleging violations of the Americans with Disabilities Act ("ADA") in Counts I – V and negligent supervision under Illinois common law in Count VI. Advocate moves to dismiss Parham's negligent supervision claim in Count VI of the Complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure because the exclusive remedy provision of the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/8-111(C), deprives the Court of subject matter jurisdiction over this state law claim. *See Dorado v. Aargus Security Systems, Inc.,* 2002 WL 230776, *6 (N.D. Ill. 2002). Plaintiff's count for negligent supervision is also barred by Section 5(a) of the Illinois Workers Compensation Act ("IWCA"), 820 ILCS 305/5(a). Accordingly, Count VI of Parham's Complaint should be dismissed with prejudice.

761324\1\13436\34291

- 2 -

2. Advocate incorporates by reference as though fully set forth herein its Memorandum of Law in Support of its Motion to Dismiss Count VI of Plaintiff's Complaint, which is filed contemporaneously herewith.

WHEREFORE, for the reasons stated herein and in its Memorandum in Support, Defendant, Advocate Good Samaritan Hospital, respectfully requests that this Honorable Court enter an Order dismissing Count VI (negligent supervision) of Plaintiff's Complaint with prejudice and granting Defendant all further relief that is just and equitable.

Respectfully Submitted,

ADVOCATE GOOD SAMARITAN HOSPITAL

By:   /s David J. Tecson_____
        One of Their Attorneys

David J. Tecson
Meredith M. Casper
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300