IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANET PARHAM | ) |
| | ) No 08 C 322 |
| Plaintiff, | ) |
| | ) |
| v. | ) Honorable Judge Joan B. Gottschall |
| | ) |
| ADVOCATE GOOD SAMARITAN HOSPITAL, | ) Honorable Magistrate Judge Ashman |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

Carol G. Silverman
Law Offices of Laurie J. Wasserman
Westmoreland Building
9933 Lawler Avenue, Suite 122
Skokie, Illinois 60077-370

    PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Gottschall, or any Judge sitting in her stead, in Room 2325 in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant Advocate Good Samaritan Hospital's **Motion to Dismiss Count VI of Plaintiff's Complaint.**

                                           Respectfully Submitted,
                                           ADVOCATE GOOD SAMARITAN HOSPITAL

                                         By:   **/s David J. Tecson**
                                                        One of their Attorneys

David J. Tecson
Meredith B. Casper
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users and via regular U.S. mail, on this the 22nd day of April, 2008.

                                                                      */s/ Margie McDermott*

761341\1\13436\34291