MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6-2-2008
JUN 02 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Janet Parham,

      Plaintiff,

v.

Advocate Good Samaritan Hospital,

      Defendant.

Case No. 08 C 322
Judge Gottschall
Magistrate Judge
Martin C. Ashman

08cv322

## STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed with prejudice and without costs, all matters in controversy having been fully compromised and settled.

Dated this 2nd day of June, 2008

_____    _____
Attorney for Plaintiff                                          Attorney for Defendant