UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janet Parham
                                           Plaintiff,

v.                                                          Case No.: 1:08−cv−00322
                                                           Honorable Joan B. Gottschall

Advocate Good Samaritan Hospital
                                           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 10, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation to Dismiss [25] filed June 2, 2008, this case is dismissed with prejudice and without costs, all matters in controversy having been fully compromised and settled. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.